UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES,                                                          :
:
:
:
             -v-                                                        :     20 Cr. 679 (JPC)
:
ANNA JURAVLEVA,                                                         :     ORDER
:
                             Defendant.                                 :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court intends to unseal the remaining docket entries in this case. The Court notes that three pieces of Defendant's correspondence with Judge Kaplan appear to contain sensitive personal information of the Defendant and her minor children. These letters are dated June 29, 2021; May 9, 2022; and September 20, 2023. By September 19, 2024, Defendant shall inform the Court whether she requests redactions of these letters and, if so, shall file proposed redactions for the Court's consideration.

      SO ORDERED.

Dated: September 16, 2024
       New York, New York

                                            JOHN P. CRONAN
                                         United States District Judge