UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES,                                                          :
:
:
:
          -v-                                              :      20 Cr. 679 (JPC)
:
ANNA JURAVLEVA,                                                         :      ORDER
:
             Defendant.                                 :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    On September 5, 2024, the Court ordered this matter unsealed and directed the parties to advise the Court by September 12, 2024 if they requested redaction of any of the correspondences with Judge Kaplan that had been filed under seal. Dkt. 2. After both parties failed to respond to the Court's September 5 Order, the Court followed up with the parties via email and the Government identified three pieces of correspondence which contained potentially sensitive information of Defendant and her minor children; Defendant did not respond to the Court's inquiry. On September 16, 2024, the Court ordered Defendant to inform the Court by September 19, 2024 whether she requests redactions of those letters. Dkt. 5.

    Defendant has failed make a submission to the Court by the September 19 deadline. Within one week of the filing of this Order, it is hereby ordered that (1) Defendant must file on ECF the submission described in Dkt. 5, and (2) Defendant's counsel must submit a letter, of no more than five pages, showing cause why sanctions should not be imposed in light of his failure to comply with the Court's Order of September 16, 2024.

    SO ORDERED.

Dated: September 20, 2024
       New York, New York
                                                                   JOHN P. CRONAN
                                                              United States District Judge