UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES, :
:
:
:
-v- : 20 Cr. 679 (JPC)
:
ANNA JURAVLEVA, : <u>ORDER</u>
:
Defendant. :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of Arkady Bukh's letter responding to the Court's September 20, 2024 Order. Dkt. 6. The Court declines to impose sanctions on Mr. Bukh for failure to comply with the Court's September 16, 2024 Order, Dkt. 5. The Court cautions Mr. Bukh that any future failure to comply with the Court's orders may result in the imposition of sanctions.

The Court has also received Defendant's proposed redactions to the three pieces of correspondence with Judge Kaplan identified in the Court's September 16, 2024 Order. Dkt. 7. Having reviewed these redactions and considered the standards set forth in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), and its progeny, the Court agrees with Defendant that redaction is warranted to protect the privacy interests of Defendant and her minor children, and that the proposed redactions are narrowly tailored to protect those interests. The Court will unseal and publicly file the remaining materials in this matter.

SO ORDERED.

Dated: September 24, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge