ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                              :
UNITED STATES OF AMERICA      :     **SEALED**
                              :     **ORDER**
          -v.-                :
                              :     20 Cr. 679 (LAK)
ANNA JURAVLEVA,               :
                              :
               Defendant.     :
                              :
- - - - - - - - - - - - - - - x

LEWIS A. KAPLAN, U.S.D.J.:

WHEREAS, defendant Anna Juravleva wishes to plead guilty before a Magistrate Judge;

WHEREAS, in light of the ongoing COVID-19 pandemic, the proceeding is scheduled to take place remotely;

WHEREAS, the Court understands that the assigned Magistrate Judge shall hear the defendant's plea by telephone because videoconferencing is not reasonably available;

WHEREAS, the CARES Act findings made by the Judicial Conference of the United States and Chief Judge Colleen McMahon of the Southern District of New York allow for guilty pleas to be taken by phone or video, subject to certain findings made by the presiding District Judge;

WHEREAS, the defendant Anna Juravleva intends to plead guilty to the charged offenses pursuant to a cooperation agreement with the United States Attorney's Office for the Southern District of New York;

WHEREAS, further delay of defendant Anna Juravleva's guilty plea may interfere with ongoing law enforcement investigations and operations;

THE COURT HEREBY FINDS, that because the defendant, after consultation with counsel, has consented to proceeding remotely, the plea proceeding cannot be further delayed without serious harm to the interests of justice.

Dated: December 11, 2020
       New York, New York

SO ORDEERED

Lewis A. Kaplan
United States District Judge