```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
UNITED STATES OF AMERICA      :
                              :
       - v. -                 :    SEALING ORDER
                              :
ANNA JURAVLEVA,               :    20 Cr. 679 (LAK)
                              :
              Defendant.      :
                              :
------------------------------X
```

WHEREAS an application has been made by the United States of America for the temporary sealing of filings and other docket entries in the above-captioned case, and the captioning of the case as United States v. Jane Doe in the public docket; and

WHEREAS the Court finds that active law enforcement investigations may be compromised and witnesses may be exposed to harm if the Government's application is not granted,

IT IS HEREBY ORDERED that filings in the above-captioned case be filed under seal, and the case shall be captioned as United States v. Jane Doe in the public docket, until further order by this Court;

IT IS FURTHER ORDERED that no docket entries shall be made in the above-captioned matter until further Order by this Court; regarding the continuing need, if any, to maintain these matters under seal.

1

IT IS FURTHER ORDERED that counsel for the defendant and the Government may be provided a copy of any transcript of the proceedings in this matter without further Order of the Court; and

IT IS FINALLY ORDERED that the Government shall report to the Court on or before six months after execution of this Order regarding the continuing need, if any, to maintain these matters under seal.

Dated:   New York, New York
         December 11, 2020

_____
THE HON. LEWIS A. KAPLAN
United States District Judge
Southern District of New York