```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------X
                              :
UNITED STATES OF AMERICA      :     ORDER
                              :
     - v. -                   :     20 Cr. 679 (LAK)
                              :
ANNA JURAVLEVA,               :
                              :
                              :
               Defendant.     :
                              :
------------------X
```

       WHEREAS, with the defendant's consent, her guilty plea allocution was made before a United States Magistrate Judge on December 14, 2020;

       WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:   New York, New York
         Dated: Jan. 26, 2021

SO ORDERED: _____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK