UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES,                                                          :
:
:
    -v-                                                                 :   20 Cr. 679 (JPC)
:
ANNA JURAVLEVA,                                                         :   ORDER
:
                        Defendant.                                      :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    Defendant Anna Juravleva's sentencing currently is scheduled to occur later this week on December 5, 2024. Yesterday, however, the Probation Office submitted a memorandum to the Court advising that while Defendant was interviewed on September 23, 2024, the initial presentence investigation report is still being prepared. Accordingly, the Probation Office has requested an adjournment of Defendant's sentencing until late January 2025. The Probation Office also advises that the Government and Defendant's counsel have indicated that they are amendable to such an adjournment.

    Because the initial presentence investigation report has not been provided to the parties, the Court grants the adjournment request to ensure that there is sufficient time for the parties to respond with any comments or objections to the draft presentence investigation report in accordance with Federal Rule of Criminal Procedure 32(e) and for the final presentence report to be issued. Defendant's sentencing therefore is adjourned to January 29, 2025, at 10:00 a.m. The Probation Office is ordered to disclose the initial presentence investigation report by December 20, 2024, and is further ordered to issue the final presentence investigation report by January 10, 2025.

The parties should comply with the Court's Individual Rules and Practices in Criminal Cases for deadlines for their sentencing submissions.

SO ORDERED.

Dated: December 3, 2024
       New York, New York

                                            JOHN P. CRONAN
                                     United States District Judge